# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LUCA STERPETTI,**

               **Plaintiff,**

**-vs-**                                                  **Case No. 6:04-cv-1843-Orl-31DAB**

**E-BRANDS ACQUISITION, LLC,**

               **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFF'S MOTION TO STRIKE AFFIDAVIT OF ROBERT A. GORMAN (Doc. No. 57)**
>
> **FILED:**      **March 3, 2006**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Plaintiff Luca Sterpetti is suing Defendant E-Brands Acquisition, LLC, for copyright infringement and misappropriation of trade secrets. Defendant filed the affidavit of Professor Robert A. Gorman as its expert in the field of copyright law in support of Defendant's Motion for Summary Judgment. Doc. No. 35. Plaintiff moves to strike Professor Gorman's affidavit because "it contains conclusory statements lacking a proper factual basis." Doc. No. 57.

The Court finds that the asserted inconsistency between the record and the grounds for the expert opinion go to its weight. To the extent the expert testimony intrudes on the Court's function

at the summary judgment stage to interpret and apply copyright law, it will be disregarded, but need not be stricken. This ruling is without prejudice to any issue that may arise at trial regarding this witness.

**DONE** and **ORDERED** in Orlando, Florida on March 21, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record